UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROY AND MARGARET WALSER, husband and wife and their marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>ONEBEACON INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | NO. CV-11-0456-JLQ<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties (ECF No. 21), the Clerk of this court shall enter judgment of dismissal with prejudice of the First Amended Complaint and the claims therein without costs or attorneys fees to any party.

The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

**DATED** this 24th day of May 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1