AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ROY and MARGARET WALSER, husband and
wife and their marital community,

                Plaintiffs,

v.

ONEBEACON INSURANCE COMPANY,
  a foreign corporation,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-456-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Stipulation of the parties, the Clerk of Court enters judgment of dismissal with prejudice of the First Amended Complaint and the claims therein, without costs or attorneys fees to any party.

May 24, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson